# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **LORRAINE ADELL,** | ) | CASE NO. 1:18CV623 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **CELLCO PARTNERSHIP, etc.,** | ) | |
| | ) | |
| Defendant. | ) | |

The Court has filed its Opinion and Order in the above-captioned matter, denying the Motion (ECF DKT #38) of Plaintiff Lorraine Adell under 9 U.S.C. § 10(a)(4) to Vacate July 22, 2020 Arbitration Award and granting Defendant Cellco Partnership's alternative request to confirm the Arbitration Award.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

    **IT IS SO ORDERED.**

     s/Christopher A. Boyko
    **HONORABLE CHRISTOPHER A. BOYKO**
    **SENIOR U.S. DISTRICT JUDGE**